IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02892-DME-KLM

KEVIN MCGLOTHLEN, and
LISA MCGLOTHLEN,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Modify Scheduling Order** [Docket No. 11; Filed April 13, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on January 9, 2012 [#10] is modified to extend the following deadlines:

- Affirmative Expert Disclosure Deadline    **April 16, 2012**
- Rebuttal Expert Disclosure Deadline    **May 14, 2012**

Dated: April 16, 2012