IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-02892-DME-KLM

KEVIN MCGLOTHLEN, and
LISA MCGLOTHLEN,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Summary Judgment entered by the Honorable David M. Ebel on April 24, 2013, and incorporated herein by reference as if fully set forth, it is

ORDERED that Defendant's Motion for Summary Judgment is GRANTED in full.

It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, American Family Mutual Insurance Company, and against Plaintiffs, Kevin McGlothlen and Lisa McGlothlen.  It is

FURTHER ORDERED that Defendant, American Family Mutual Insurance Company, shall have its costs by the filing of a Bill of Costs with the Clerk of this Court within fourteen days of the entry of judgment, pursuant to Fed. R. Civ. P. 58(a) and D.C.COLO.LCivR 54.1.  It is

FURTHER ORDERED that plaintiffs' Complaint and this civil action are DISMISSED with prejudice.

DATED at Denver, Colorado this 25th day of April, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk