## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-02892-DME-KLM

KEVIN and LISA MCGLOTHLEN,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

## ORDER

Pursuant to the parties' stipulation for dismissal with prejudice (Doc. 38.), the Court directs the Clerk of the Court to amend its final judgment in this matter, which previously dismissed this cause of action and matter with prejudice, in order now to provide that each party will pay their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this   20th   day of    May   , 2013.

BY THE COURT:

*s/ David M. Ebel*

U. S. CIRCUIT COURT JUDGE