IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02892-DME-KLM

KEVIN MCGLOTHLEN, and
LISA MCGLOTHLEN,

      Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

## **AMENDED** FINAL JUDGMENT

      PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order Granting Summary Judgment entered by the Honorable David M. Ebel on April 24, 2013, and the Order directing amend of the Final Judgment, entered May 20, 2013, both incorporated herein by reference as if fully set forth, it is

      ORDERED that Defendant's Motion for Summary Judgment is GRANTED in full. It is

      FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, American Family Mutual Insurance Company, and against Plaintiffs, Kevin McGlothlen and Lisa McGlothlen.  It is

      FURTHER ORDERED that plaintiffs' Complaint and this civil action are DISMISSED with prejudice.  It is

      **FURTHER ORDERED that each party shall bear their own attorneys' fees**

**and costs**.

DATED at Denver, Colorado this 23rd  day of May, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk